UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

RYSE REALTY LLC,           Civil Action No.
                                                7:24-cv-7153

                 Plaintiff,

     -against-                           **NOTICE OF REMOVAL**

AMGUARD INSURANCE COMPANY,

                  Defendant.
-----------------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§1332 and 1441, this action entitled, *Ryse Realty LLC v. AmGuard Insurance Company*, commenced in the Supreme Court of the State of New York, County of Sullivan, under Index Number E2024-1238 ("State Court Action"), is timely removed by Defendant AmGUARD Insurance Company ("AmGUARD") from the Supreme Court of the State of New York, County of Sullivan, to the United States District Court for the Southern District of New York, by the filing of this Notice of Removal with the Clerk of the United States District Court for the Southern District of New York. AmGUARD, by and through its attorneys, respectfully states the following grounds for removing the State Court Acton Action:

      1.      This action is removed to this Court pursuant to provisions of 28 U.S.C. §§ 1332 and 1441.

      2.      On or about July 31, 2024, the Plaintiff Ryse Realty LLC ("Ryse Realty") commenced this action against AmGUARD by filing a Summons and Complaint, in the New York County Clerk's Office. (A copy of the Summons and Complaint, is attached as "**Exhibit A**" hereto.) The Summons and Complaint were purportedly served on the New York Secretary of

State on August 22, 2024.[1]

3.      This Notice of Removal is filed under the provisions of 28 U.S.C. §1441 on the grounds that it is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441 because the amount in controversy exceeds $75,000.00 and there is diversity of citizenship.

4.      Plaintiff Ryse Realty is, according to its own Complaint, a "domestically filed New York limited liability company that owned certain real property located at 75 South Maplewood Road, Monticello, NY 12701." (Complaint ¶ 2). On the summons, Ryse Realty lists a Boca Raton, Florida address. It thus appears that Ryse Realty is a citizen of New York and Florida.

5.      As Plaintiff accurately alleges, Defendant AmGUARD is incorporated under the laws of the State of Nebraska with its principal place of business in the Commonwealth of Pennsylvania. (Complaint ¶ 3). There is thus complete diversity of citizenship between the plaintiff and the defendant,

6.      The amount in controversy exceeds $75,000. Plaintiff alleges" extensive damage" and its property was rendered "uninhabitable" (Complaint ¶ 13). The Complaint further alleges

---

[1]      AmGUARD reserves the right to challenge the service's sufficiency. Service on an insurance company may be made on the Department of Financial Services, not on the Secretary of State. Pursuant to Insurance Law § 1212, service of a Summons and Complaint on an insurance company may be made by serving the superintendent of insurance of the New York Department of Finance. While Insurance Law § 1212 does not state that service on the Superintendent of Insurance is the **sole method** by which an insurance company may be served, this is of course because service may also be effectuated via **personal service** under CPLR 311. Here, Plaintiff failed to serve AmGuard personally via CPLR 311, and it failed to properly serve AmGuard pursuant to Insurance Law § 1212, as it did not serve process on the Superintendent of Insurance. Further, service of process was not properly effectuated pursuant to the Business Corporation Law. Indeed, Insurance Law § 108(a), (b)(1) states that while the Business Corporation Law applies to every corporation, if a provision of the Business Corporation Law conflicts with a provision of the Insurance Law, the conflicting provision of the Business Corporation Law shall not apply.

that a contractor provided a damages estimate to Plaintiff of $63,000. (*Id* ¶ 21). The Complaint also alleges that Plaintiff sold the property as a "big loss" (*Id*. ¶ 26) and further alleges it lost seven months of rent. (*Id*. ¶ 35)

7. AmGUARD filed this Notice of Removal within thirty (30) days after receipt of the Summons and Complaint and is thus timely. (*See* Affidavit of Service in Sullivan County, Supreme Court, docket, included as **"Exhibit B"** hereto, indicating that the summons and complaint were purportedly served on the New York Secretary of State on August 22, 2024.)

8. Removal to the United States District Court for Southern District of New York is proper because the State Court Action was filed in the Supreme Court, Sullivan County, which is within this District. *See* 28 U.S.C. §1446(a).

9. After the filing of this Notice of Removal in the United States District Court for Southern District of New York, a copy of this Notice of Removal will be promptly filed with the Clerk of the Supreme Court, Sullivan County. A copy will also be served on Plaintiff's counsel.

10. By effecting removal of this civil action, AmGUARD reserves all rights to raise any and all defenses available under the Federal Rules of Civil Procedure, including without limitations, Fed. R. Civ. P. 12. It does not concede that the allegations in the Complaint state a valid claim under applicable law.

**WHEREFORE,** the Defendant AmGUARD removes this action, currently docketed in the Supreme Court of the State of New York, County of Sullivan, under Index Number E2024-1238 to this Court, and requests that the United States District Court for the Southern District of New York assume complete jurisdiction over this action and exclude any further proceedings in the Sullivan County Supreme Court.

Dated: New York, New York
September 20.2024

                              **RUSSO & GOULD LLP**

                  By: <u>/s/ Jeremy A. Berman</u>
                     Alan S. Russo, Esq.
                     Jeremy A. Berman, Esq.
                     *Attorneys for the Defendant*
                     **AmGuard Insurance Company**
                     33 Whitehall Street, 16th Floor
                     New York, New York 10004
                     (212) 482-0001
                     Jberman@russogould.com
                     R&G File No. 217.714

TO:    Alter J. Rotblat, Esq.
          Susan F. Rotblat, Esq.
          *Attorneys for the Plaintiff*
          243 Bay 34th Street , #1G
          Brooklyn, New York 11214
          516-554-4713