**MEMO ENDORSED**

Susan Rotblat, Esq.
243 Bay 34th St. #1G
Brooklyn, NY 11214
(516)-554-4713
rotblatlaw@gmail.com

> **In light of the discovery deadline extension, the parties' request to adjourn the Sept. 18, 2025 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned to Nov. 21, 2025 at 10:00 am. Counsel are directed to ECF No. 16 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 29.**
> **Dated: September 17, 2025**
> **White Plains, NY**
> **SO ORDERED:**
>
> */s/ Nelson S. Roman*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

September 10, 2025

Via: ECF
Court Chambers of
Honorable Judge Nelson Stephen Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      **Re: RYSE REALTY, LLC v. AMGUARD INSURANCE COMPANY**
                **CASE NO.: 7:24-cv-07153-NSR**
      **Joint Request to Adjourn Case Management Conference**
           **Scheduled for September 18, 2025**

Dear Honorable Judge Roman:

Our office represents the Plaintiff in the above referenced case. We write together with Defendant's counsel regarding the upcoming Case Management Conference scheduled for September 18, 2025. At the suggestion of the Honorable Magistrate Judge McCarthy, the parties respectfully request that the conference be adjourned because discovery is not yet complete.

The discovery deadline has been extended to October 15, 2025 and the parties are still in the process of resolving outstanding discovery. Proceeding with the conference at this time would be premature and may not assist the Court in effectively managing the case.

Accordingly, the parties respectfully request an adjournment of the conference to a later date convenient for the Court, following the completion of outstanding discovery.

Thank you for the Court's consideration.

Sincerely,

*Susan Rotblat*

Susan Rotblat, Esq.
*Attorney for Plaintiff*
*RYSE Realty, LLC*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2025

*CC:*
Jeremy A. Berman
Russo & Gould, LLP
jberman@russogould.com
*Attorney for Defendant*
*Amguard Insurance Company*