UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

RYSE REALTY LLC,

                    Plaintiff(s),                    **ADJOURNMENT ORDER**

- against -

                                                                24 Civ. 7153 (NSR)

AMGUARD INSURANCE COMPANY,

                    Defendant(s).
--------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

In light of the extension of the discovery deadline and the parties' intention to proceed to mediation, it is hereby

ORDERED that the above case previously scheduled for a telephonic Status Conference on November 21, 2025 before the United States District Judge Nelson S. Román, **is hereby adjourned** *sine die* pending completion of discovery and participation in mediation. The parties shall notify the Court in writing within seven days following the first mediation to advise whether the matter has settled.

                                                           SO ORDERED.

Dated:    White Plains, NY
               November 19, 2025

                                                            Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2025